83,504-02

Att: Abel Acosta - Clerk | Eric Tennell #1889930
P.O. Box 12308 Capitol Station | 3872 FM 350 South
Austin, Texas 78711. | Livingston, Texas 77351

## Cause No: 1333512-B

This notation is in regards to Applicant's Writ of Habeas Corpus 11.07, and Applicant's Response to the States original answer in Cause No. 1333512-B where-by applicant mailed to the Harris County District Court on the 27th day of October 2015.

Applicant would like to know if this Court Recieved the aforementioned above documents, and whether or not a response have been made.

Sincerely
Eric Tennell #1889930
Eric Tennell #1889930
3872 FM. 350 South
Livingston, Texas 77351

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 03 2015

Abel Acosta, Clerk

c\c